**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Veronica Vacaneri, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Deputy Tehran Ryles, et al.,<br><br>　　　　　Defendants. | No. CV-13-02262-PHX-PGR<br><br>Mar.Cty.Sup.Ct. CV2013-094942<br><br>ORDER OF REMAND |

　　　The Court entered an Order (Doc. 34) requiring the parties to show cause by July 11, 2014 why the Court, having dismissed the sole federal claim in this action, should not decline to exercise its supplemental jurisdiction over the remaining state law claim. *See* 28 U.S.C. § 1367(c)(3) ("The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if - ... (3) the district court has dismissed all claims over which it has original jurisdiction[.]"); Carnegie-Mellon University v. Cohill, 484 U.S. 343, 350 n.7 (1988) (where all federal claims are eliminated before trial, courts generally should decline to exercise supplemental jurisdiction over remaining state law claims); Parra v. PacifiCare of Arizona, Inc., 715 F.3d 1146, 1156 (9th Cir.2013) ("[O]nce the district court, at an early stage of the litigation, dismissed the only claim over which it had original jurisdiction, it did not

abuse its discretion in also dismissing the remaining state claims.") A review of the docket shows that no party has timely responded in any manner to the Show Cause Order. Therefore,

IT IS ORDERED that this action is remanded to the Maricopa County Superior Court.

DATED this 14th day of July, 2014.

Paul G. Rosenblatt
United States District Judge